Form 4
(10/05)

# United States Bankruptcy Court

_Eastern_ District Of _Missouri_

In re _Malcolm M. Aldrich_ _____   Case No._26-20185_
    Debtor

Chapter _11_

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112: Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Date: _August 20, 2006_

_____
Debtor

*[Declaration as in Form 2]*

2006 SEP 20 P 4:31
US BANKRUPTCY CO
EASTERN DISTRICT
ST. LOUIS, MISSOURI
RECEIVED & FILED
FEE PAID AMOUNT
INT

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest  unsecured claims.  This list is prepared
In accordance with Fed. R Bankr. P. 1007(d) for filing in this chapter 11 case.

| | | | |
|---|---|---|---|
| Missouri Department of Revenue<br>P.O. Box 3375<br>Jefferson City, Mo. 65105-3375 | government | contingent | $55,000.00 |
| Hannibal Board Of Public Works<br>320 Broadway<br>Hannibal, Mo. 63401 | utilities | contingent | $38,000.00 |
| Lamar Companies<br>Box 66338<br>Baton Rouge , La 70896 | contract | contingent | $25,000.00 |
| City of Hannibal<br>320 Broadway<br>Hannibal, Mo. 63401 | government | contingent | $15,000.00 |
| Internal Revenue Service<br>Mailstop 5334 STL<br>1222 Spruce Street<br>St. Louis , Mo. 63101 | government | contingent | $270,000. |
| Bank of America<br>1 Bank of America Plaza<br>St. Louis , Mo. 63101 | claim | disputed | $75,000. |
| Atmos  Energy<br>P.O. Box 61975<br>Dallas , Tx. 75261-9785 | utility | contingent | $25,000 |
| Brinkman Plumbing<br>2510 Ellington Road<br>Quincy , IL 62301 | contract | contingent | $6,000.00 |
| US Cable<br>647 Clinic Road<br>Hannibal , Mo. 63401 | cable utility | contingent | $5,500.00 |
| Allied Waste<br>3110 Kochs Lane<br>Quincy , IL 62305 | trash collection | contingent | $3,400.0 |
| Pepsi Service Co.<br>P.O. Box 3035<br>Quincy , IL 62305 | trade | contingent | $4,400.00 |

| | | | |
|---|---|---|---|
| Getz Fire Equiptment<br>P.O. Box 419<br>Peoria , IL 61651 | contract | contingent | $3,800.00 |
| Per Mar Security<br>1910 E. Kimberly Road<br>P.O. Box 4227<br>Davenport , IA  52808 | security | contingent | $3,900.00 |
| Hannibal Courier Post<br>200 North Third<br>Hannibal , Mo. 63401 | advertising | contingent | $7,000.00 |
| Kohls Foodservice<br>5100 Broadway<br>Quincy, IL 62305 | food purchase | contingent | $8,500.00 |
| US Foods<br>8543 Page<br>St. Louis , Mo. | Food purchase | contingent | $38,000.00 |
| A T & T<br>P.O. Box 650487<br>Dallas , Tx 75265 | phone utility | contingent | $4,500.00 |
| The Zenith Insurance Co.<br>21255 Califa Street<br>Woodland Hills , CA 91367 | insurance | contingent | $4,500.00 |
| JK Creative Printers<br>2029 Hollister Whitney Parkway<br>P.O. Box 2<br>Quincy , IL 62306 | printing | contingent | $3,500.00 |
| Onity<br>2100 A Nancy Hanks Dr.<br>Norcross , GA 30071 | key machine | contingent | $9,000.00 |